No. 1886. VIEIRA, APELADO, *v.* MAHONÉS, APELANTE.—Cobro de dinero. San Juan, Sección 1ª. Julio 24, 1918. *Desestimada la apelación.*

No. 24. BUTLER ET AL., APELANTES, *v.* SORONGO ET AL., APELADOS.—Aprobación de la exposición del caso. Julio 27, 1918. *No ha lugar a la aprobación solicitada.*

No. 1772. TORRES ET AL., APELANTES, *v.* RAMOS, APELADA.—Reinvindicación de bienes y otros extremos. Mayagüez. Julio 27, 1918. *Confirmada la orden apelada.*

No. 1521. FRANCESCHI ET AL., APELADOS *v.* TRUJILLO Y MERCADO, HOY MARIO MERCADO E HIJOS, APELANTES.—Nulidad de ejecución y reivindicación; reconsideración. Ponce. Julio 27, 1918. *No ha lugar a la reconsideración.*

No. 1346. EL PUEBLO, APELADO, *v.* CALDERÓN, APELANTE.—Seducción. San Juan, Sección 2ª. Noviembre 4, 1918. *Desistida la apelación.*

No. 1347. EL PUEBLO, APELADO, *v.* DÍAZ, APELANTE.—Acometimiento y agresión. San Juan, Sección 2ª. Noviembre 4, 1918. *Desistida la apelación.*

No. 1290. EL PUEBLO, APELADO, *v.* LÁTIMER ET AL., APELANTES.—Infracción artículo 288 del Código Penal. San Juan, Sección 2ª. Noviembre 4, 1918. *Desistida la apelación.*